# EXHIBIT C



430 Park Avenue | Suite 2B | Highland Park, IL 60035

# GRANT & EISENHOFER

MARY S. THOMAS
123 JUSTISON STREET
WILMINGTON, DE 19801

| Invoice Date | Invoice Number |
|---|---|
| 04/26/2017 | 791 |
| Terms | Service Through |
| Net 30 | 03/10/2017 |

**Matter:** AOL Appraisal

**Current Invoice Period:** Feb/March 2017

**Amount due this Period:** $479,187.31

**Outstanding Invoices:**

| Date | Invoice # | Amount | Paid | Due |
|---|---|---|---|---|
| 12/9/2016 | 757 | $240,907.36 | $0.00 | $240,907.36 |
| 1/31/2017 | 766 | $172,882.62 | $0.00 | $172,882.62 |
| 2/20/2017 | 785 | $461,631.07 | $0.00 | $461,631.07 |

**Previous Balance Due:** $875,421.05

**Total Amount Due:** $1,354,608.36

**Final Discount:** ($604,608.36)

**Final Amount Due:** $750,000.00

**This is the final invoice in the AOL Appraisal matter. Full payment of the Final Amount Due indicated above will resolve and settle all outstanding Coherent invoices and issues between Coherent Economics and Grant & Eisenhofer with respect to the AOL Appraisal matter.**

---

Payment is due in full 30 days from invoice date.

Please contact Laura McIntyre at (847) 861-3103 or laura.mcintyre@coherentecon.com if you need additional information.

**Payment by Wire Transfer**

ABA Routing # 071001737
MB Financial Bank
6111 North River Road
Rosemont, IL 60018
Treasury Management Operations / Wire Department

Account Name: Coherent Economics, LLC
Account # 1620009989

**Payment by Check**

Coherent Economics, LLC
430 Park Avenue, Suite 2B
Highland Park, IL 60035