**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Coherent Economics, LLC

                                     Plaintiff,

v.                                       Case No.: 1:18−cv−08376
                                            Honorable John Robert Blakey

Verition Partners Master Fund, Ltd., et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 15, 2019:

       MINUTE entry before the Honorable John Robert Blakey: Plaintiffs' unopposed motion to consolidate [19] is granted. The Court finds that this case and case no. 18−cv−8377 are related within the meaning of LR 40.4 in that they arise out of the same transaction or occurrence and all involve the same issues of fact and law. Additionally, LR 40.4's conditions for reassignment are satisfied. The Court therefore requests that case no. 18−cv−8377 be referred to the Executive Committee for reassignment as related, so that these two cases may be litigated in a consolidated fashion. The 2/19/19 Notice of Motion date is stricken, and the parties need not appear. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.